FILED
CHARLOTTE, N.C.

2005 APR -4  PM 3: 40

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05-CR-91-V |
| | ) | |
| vs. | ) | BILL OF INFORMATION |
| | ) | |
| **WILLIAMS HENRY AMMONS** | ) | Violations: |
| | ) | 21 U.S.C. §841 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

1. On or about October 1, 2002, in Mecklenburg County, within the Western District of North Carolina,

**WILLIAMS HENRY AMMONS**

did knowingly and intentionally possess with intent to distribute, a quantity of cocaine base, a Schedule II controlled substance.

2. Said offense involved a mixture and substance containing a detectable amount of cocaine base.

3. All in violation of Title 21, United States Code, Section 841.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

*/s/ Richard S. Glaser*
RICHARD S. GLASER, JR.
EXECUTIVE ASSISTANT U.S. ATTORNEY